UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORGE HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KLOMP, et al.,<br><br>　　　　　Defendants. | Case No.: 3:24-cv-00411-MMD-ClB<br><br>**ORDER**<br><br>**(ECF No. 6)** |

On September 30, 2024, this Court ordered plaintiff Jorge Hernandez to file his updated address with the Court and either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* ("IFP") by November 29, 2024. (ECF No. 3). Plaintiff timely filed a change-of-address notice. (ECF No. 5). He also filed an IFP application, but the application is incomplete because it is not on this Court's approved form and Plaintiff failed to submit a financial certificate and an inmate trust fund account statement for the previous six-month period with it. (ECF No. 6).

It is therefore ordered that Plaintiff's incomplete application to proceed *in forma pauperis* (ECF No. 6) is denied without prejudice.

It is further ordered that Plaintiff has until November 29, 2024, to either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* on this Court's approved form with all three required documents.

The Clerk of the Court is directed to resend plaintiff Jorge Hernandez the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED THIS 10th day of October, 2024.

_____
UNITED STATES MAGISTRATE JUDGE