AARON D. FORD
Attorney General
NATHAN M. CLAUS, (Bar No. 15889)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-3792 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JORGE HERNANDEZ,

Plaintiff,

v.

DR. KLOMP,

Defendants.

Case No. 3:24-cv-00411-MMD-CLB

ORDER GRANTING

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff, Jorge Hernandez, pro se, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

//

//

The Parties have resolved this matter in its entirety, the terms of the agreement have been satisfied, and the parties agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 1th day of July, 2025.

By: Jorge Hernandez
JORGE HERNANDEZ, #1144605
Plaintiff

DATED this 1st day of July, 2025

AARON D. FORD
Attorney General

By: /s/ *Nathan M. Claus*
NATHAN M. CLAUS (Bar No. 15889)
Deputy Attorney General
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED October 17, 2025.

UNITED STATES DISTRICT JUDGE